

FILED & JUDGMENT ENTERED
Steven T. Salata

Aug 01 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In Re: | ) | |
|---|---|---|
| | ) | Bankruptcy Case No. 15-31751 |
| ANTONIO PEREZ GARCIA, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER**

This cause coming on before the Court upon the Trustee's Objection to Claims and Motion to Determine Claims, and it appearing that due notice was given to all parties in interest in the Debtor's case, and no objections having been received, it appears to the Court that the recommendations of the Trustee in his objections and motion should be allowed as set forth below.

Now therefore, it is hereby ordered that the claims set out below should be allowed or disallowed as set forth below:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM |
|---|---|---|
| 5 | Peoples Bank | $248,478.36 |

This claim is disallowed

This Order has been signed electronically.            United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.